THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ADOLPH KOBITZSCH, Appellant.

*People* v. *Kobitzsch,* 148 App. Div. 892, affirmed.
(Submitted March 21, 1912; decided April 9, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1911, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the

defendant of the crime of grand larceny in the second degree.

*Charles E. Le Barbier* for appellant.

*Charles S. Whitman,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J.; HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.